IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN B. ADRAIN | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | Case No. 4:10-cv-00885 |
| | § | |
| EDGE PRODUCTS, LLC., SUPERCHIPS, | § | **JURY TRIAL DEMANDED** |
| INC., and GRANATELLI MOTOR SPORTS, | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |

NOTICE OF COMPLIANCE WITH DISCLOSURE OF
PRELIMINARY INVALIDITY CONTENTIONS

Defendant Granatelli Motor Sports, Inc. ("Granatelli") by and through its attorneys states that it has complied with the Rules for Patent Cases 3-3 and 3-4 on October 22, 2010 pursuant to the Scheduling Conference ordered by the court.

Dated October 22, 2010.

RESPECTFULLY SUBMITTED,

/s/
_____
Candace L. Smith
Candace L. Smith, P.L.L.C.
State Bar No. 18544700
1300 McGowen Street
Houston, Texas 77004
Telephone (713) 523-7722
Telecopier (713)523-7724

ATTORNEY FOR DEFENDANT
GRANATELLI MOTOR SPORTS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of October, 2010, with a copy of this document via the Court's CM/EFT system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              /s/ Candace L. Smith